**DAVID H. WEISS**
ATTORNEY AT LAW

41 MADISON AVENUE, SUITE 4000
NEW YORK CITY, NEW YORK 10010
(212) 633-0124 FAX (212) 743-8120

ORIGINAL

June 24, 2005

Hon. Fredrick Block
    United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 2 9 2005 ★

BROOKLYN OFFICE

Re: United States v George George
Cr. 02-1369 (FB)

Dear Judge Block:

    Pursuant to the rules and requirements of the CJA Plan for Representation for the Eastern District of New York, I write *ex-parte* to notify you in your roles as supervising CJA Judge and as the District Judge who sentenced Mr. George, that Mr. George has requested that I act as his retained post-sentence counsel in filing a request seeking early discharge from the term of supervised release that your Honor imposed on January 6, 2004.

    When Mr. George requested that I represent him, I informed him that I would seek permission to represent him as CJA counsel, but that I might be disqualified from acting in *any* capacity because he offered to pay a modest fee. (He asserts that he has been working as a deli meat salesman in California since his release from confinement and earns approximately $24,000 per year at this time). I told him that I would seek a ruling from the Court because my obligation to this Court as a CJA panel lawyer unequvocally required that I first disclose to the Court Mr. George's changed circumstances and his offer to retain me.

    Thank you for your guidance in this matter.

Very truly yours,

David H. Weiss, Esq.

*[Handwritten note: Request granted per § II.A.5 of CJA Plan. So ordered. /s/ July 15, 2005]*